# EXHIBIT A



# Alexander Shunnarah
### TRIAL ATTORNEYS

March 24, 2022

Alexander Shunnarah

| | |
|---|---|
| Sara L. Williams* | Bradford J. Griffin |
| Darold A. Mathews | Chris J. Balzli |
| M. Logan Doss | Brian A. Traywick |
| Tia M. Kennedy | Steven M. Shunnarah |
| Benjamin E. Harrelson | Andrew Calhoun |
| Brandon T. Bishop | Awanna Scott |
| J. Stuart McAtee | Candace Towns |
| Thanasis Nicolau | Charles Greene |
| Craig P. Niedenthal³ | Drew McNutt |
| T. Brian Hoven | John Mcelheny |
| Andrew J. Moak | Justin Taylor |
| Jason A. Shamblin | Katie Tait Copeland |
| D. Kevin Barnes | Stacey Gantt |
| David L. Graves¹ | |
| Isaac Roitman | Huntsville Office |
| J. Culpepper Sawyer, III | C. Anthony Graffeo |
| Bradford T. Walden | Garrett Dennis |
| Heidi A. Dilorenzo | |
| Kevin Ritchey | |
| Ryan T. Charles | Mobile Office |
| Travis G. McKay, Jr.¹ | Anthony S. Shunnarah |
| J. Ross Massey | |
| Stephanie E. Baizli | Montgomery Office |
| Jonathan W. Cooner | Raymond J. Hawthorne, Jr. |
| Chuck Thomas | |
| Alyssa Noles Daniels | Prattville Office |
| C. Todd Buchanan | Chip Cleveland |
| Michael S. Shunnarah | |
| Leia T. Leonard | Selma Office |
| Paul A. Spina, III | Thomas C. Atchison |
| John B. Welsh | |
| Marcel E. Vargas | *Managing Attorney |
| Robert P. Fann | ¹Also member TN bar |
| Ryan A. Barnett | ²Also member GA bar |
| | ³Also member FL & TN bar |

<u>*Via Email: kerry.hunt@sedgwick.com*</u>

Sedgwick Claims Management Services, Inc.
Attn: Kerry Hunt
P.O. Box 14439
Lexington, KY 40512

| RE: | Your Insured | : Walgreens Store # 10480 |
|---|---|---|
| | Your Claim No. | : 30206231945-0001 |
| | Our Client | : Melvin E. Guilford |
| | Date of Accident | : October 2, 2020 |

Dear Mr. Hunt,

Enclosed please find a copy of all medical records and bills related to the injuries sustained by my client in the incident made the subject of this claim.

My client is demanding $250,000.00 to settle his claim against your insured. Based on the records we have provided and the injuries sustained, we believe that this is a fair and reasonable settlement demand.

Any and all checks issued by your office should be made payable to the firm and my client unless you and I have discussed an alternate manner for checks to be prepared. I look forward to working with you to attempt to resolve this claim in the near future.

Sincerely,

D. Kevin Barnes

DKB/giw
enclosure

*Please note, the attached medical records and bills are for settlement negotiation review purposes only and are not to be stored in any databases and/or shared with ANY outside company without an Authorization for Release of Protected Health Information signed by the above-mentioned client.*

3626 Clairmont Avenue
Birmingham, AL 35222

800-229-7989
www.shunnarah.com

Huntsville, AL 256-533-1300
Mobile, AL 251-438-7400
Montgomery, AL 334-954-4442
Prattville, AL 334-365-6266
Selma, AL 334-267-4211

4-1-2022

30206231945 0001

6020220401021856