FILED
 2022 Oct-14  PM 02:53
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# EXHIBIT B

# MEDICAL SUMMARY

**CLIENT NAME:** Melvin E. Guilford
**DATE OF BIRTH:** 07/10/1968
**DATE OF LOSS:** October 2, 2020

| Medical Providers | Expenses |
| --- | --- |
| Regional Paramedical Services | $824.00 |
| St. Vincent's St. Clair (ER Visit #1) | $12,886.00 |
| ER Physician (SVSC) | $1,955.00 |
| Radiology (SVSC) | $1,127.00 |
| Alabama Anesthesiology & Pain Consultants* | $214.00 |
| Gadsden Regional Medical Center (ER Visit #2) | $12,537.00 |
| ER Physician (GRMC #2) | $877.00 |
| Radiology (GRMC #2) | $101.00 |
| Gadsden Regional Medical Center (ER Visit #3) | $5,830.00 |
| ER Physician (GRMC #3) | $877.00 |
| Alabama Orthopaedic Surgeons | $1,448.23 |
| Centennial Neurology | $4,173.17 |
| North Jefferson Imaging | $6,794.72 |
| ATI Physical Therapy | $5,234.75 |
| St. Vincent's St. Clair (ER Visit #4) | $9,872.00 |
| ER Physician (SVSC #2) | $1,955.00 |
| Radiology (SVSC #2) | $804.00 |
| BBH Primary Care – Lincoln | $832.00 |
| Citizens Baptist Medical Center (MRI) | $10,752.01 |
| Radiology (MRI) | $311.00 |
| The Brain & Spine Center* | $173.00 |
| Pell City Internal Medicine | $436.00 |
| **CURRENT TOTAL:** | **$80,381.88** |

*Billing will be supplemented upon receipt*